Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Fanatics Retail Group Fulfillment LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR HAN,<br><br>Plaintiff,<br><br>vs.<br><br>FANATICS RETAIL GROUP FULFILLMENT, LLC, JOHN AND JANE DOES I-X, AND ROE PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: 2:26-cv-02962-JAD-EJY<br><br>**MOTION AND ORDER FOR WITHDRAWAL OF NOEL M. HERNANDEZ AND DEREK R. NOACK AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Noel M. Hernandez and Derek R. Noack be removed from the instant action as an attorneys of record for Defendant Fanatics Retail Group Fulfillment ("Defendant").

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Anthony L. Martin.

/ / /

/ / /

/ / /

/ / /

/ / /



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

Anthony L. Martin also respectfully requests that Ms. Hernandez and Mr. Noack be removed from the CM/ECF filing notification in this matter.

DATED this 2nd day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorney for Defendant Fanatics Retail Group Fulfillment LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800